PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ INFORMATION  ☐ INDICTMENT  ☒ COMPLAINT

CASE NO. 2:26-mj-00296-EJY

Matter Sealed: ☐ Juvenile  ☐ Other than Juvenile
☐ Pre-Indictment Plea  ☐ Superseding  ☐ Defendant Added
☐ Indictment  ☐ Charges/Counts Added
☐ Information

USA vs.

Defendant: MICHAL MIROSLAW ROKITA

Address:

**Name of District Court, and/or Judge/Magistrate Location (City)**

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA          Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: Daniel Cowhig
☐ U.S. Atty  ☐ Other U.S. Agency
Phone No. (702) 388-6336

Name of Asst. U.S. Attorney (if assigned): Daniel Cowhig

☐ Interpreter Required   Dialect: _____

Birth Date _____
☑ Male  ☐ Female
☐ Alien (if applicable)

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
Special Agent Kate Duke OSI

Social Security Number _____

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP  20,  21  or  40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.

Place of offense: Nevada     County Clark

**DEFENDANT**

Issue: ☐ Warrant  ☐ Summons

Location Status:

Arrest Date _____ or Date Transferred to Federal Custody _____

☑ Currently in Federal Custody
☐ Currently in State Custody
☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____
☐ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

| OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS |
|---|

Total # of Counts 2

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| 1 | 18 U.S.C. § 795 | Photographing Defense Installations | ☐ Felony  ☒ Misdemeanor |
| 2 | 18 U.S.C. § 797 | Publication of Photographs of Defense Installations | ☐ Felony  ☒ Misdemeanor |
|  |  |  | ☐ Felony  ☐ Misdemeanor |
|  |  |  | ☐ Felony  ☐ Misdemeanor |
|  |  |  | ☐ Felony  ☐ Misdemeanor |

Submit        Go